

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLEE'S MOTION FOR REHEARING
AND ALTERNATIVE MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        Inocente Cepeda v. Orion Marine Construction, Inc.

Appellate case number:    01-15-00504-CV

Trial court case number:  2012-24614

Trial court:                        190th District Court of Harris County

The panel having voted to deny rehearing and the en banc court having voted unanimously against reconsideration en banc, Orion Marine Construction, Inc.'s motion for rehearing and alternative motion for en banc reconsideration is **denied**.

Justice's signature:  /s/ Jane Bland
                              Acting for the Court

Panel consists of: Justices Bland, Brown, and Lloyd

En Banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: August 18, 2016